1   BRENDAN DOLAN, State Bar No.126732
    MONA M. BADANI, State Bar No. 227389
2   MORGAN, LEWIS & BOCKIUS LLP
    One Market
3   Spear Street Tower
    San Francisco, CA 94105
4   Tel: 415.442.1000
    Fax: 415.442.1001
5   E-mail: bdolan@morganlewis.com

6   Attorneys for Defendant
    CISCO SYSTEMS, INC.
7

8   Jack W. Lee, State Bar No. 71626
    MINAMI TAMAKI, LLP
9   360 Post Street
    8th Floor
10  San Francisco, CA 94108
    Tel: 415.788.9000
11  Fax: 415.398.3887
    E-Mail: jlee@minamiTamaki.com

12  Attorney for Plaintiffs
    ALBERT CREWS III, SANDRA HILL,
13  JEYAKUMAR NAGARATHINAM, CRAIG
    OLIVER
14

15              UNITED STATES DISTRICT COURT

16             NORTHERN DISTRICT OF CALIFORNIA

17                SAN FRANCISCO DIVISION

18

19  ALBERT CREWS III, SANDRA HILL,          Case No. C-O7-0654 JSW
    JEYAKUMAR NAGARATHINAM,
20  CRAIG OLIVER, individuals, for          **STIPULATION AND [PROPOSED]**
    themselves and others similarly situated,  **ORDER TO EXTEND INITIAL CASE**
21                                          **MANAGEMENT CONFERENCE AND**
                Plaintiff,                  **RELATED DEADLINES**
22
           vs.
23
    CISCO SYSTEMS, a corporation,
24
                Defendant.
25

26        Plaintiffs Albert Crews III, Sandra Hill, Jeyakumar Nagarathinam, and Craig Oliver

27  ("Plaintiffs") and Defendant Cisco Systems, Inc. ("Defendant") (collectively, the "Parties"), by

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

and through their respective counsel of record, file this Stipulation and [Proposed] Order to

Extend the Initial Case Management Conference and Related Deadlines ("Stipulation").

1.    WHEREAS, the Plaintiffs filed the Complaint in this matter on January 31, 2007;

2.    WHEREAS, following the filing of the Complaint, the Court issued an Order

Setting Initial Case Management Conference and ADR Deadlines ("Order") setting the Case

Management Conference for May 18, 2007;

3.    WHEREAS, the Court's Order further set additional case-related deadlines for

meeting and conferring regarding the case, filing the ADR certification, the Rule 26 Report, and

the Case Management Conference Statement, and completing initial disclosures;

4.    WHEREAS, the Plaintiffs sent Defendant a Notice of Lawsuit and Request for

Waiver of Service of Summons ("Notice") by certified mail on April 4, 2007;

5.    WHEREAS, Defendant has not yet signed the Notice.  Accordingly, Plaintiffs will

personally serve the Complaint;

6.    WHEREAS, the Parties still need to meet and confer about case-related issues,

including but not limited to, ADR, the discovery plan, and the deadlines in the case;

7.    WHEREAS, the Parties have agreed to mutually extend the initial Case

Management Conference and related deadlines mentioned above by approximately 60 days;

8.    WHEREAS, neither party will be prejudiced as a result of extending the above-

referenced deadlines;

9.    WHEREAS, the Parties request the following deadlines in this matter:

| | |
|---|---|
| June 15, 2007 | Last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan. |
| June 15, 2007 | Last day to file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference. |
| June 29, 2007 | Last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement and file/serve Rule 26(f) Report. |
| July 6, 2007 | Case Management Conference at 1:30 p.m. |

10.    WHEREAS, the Parties have never previously requested any continuances of the

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-PA/3642814.1                                    2

STIPULATION AND [PROPOSED] ORDER TO
EXTEND CMC & RELATED DEADLINES
CASE NO. C-07-0654 JSW

1    deadlines in this matter;

2        For the foregoing reasons, GOOD CAUSE exists to extend the initial Case Management

3    Conference and related deadlines as referenced herein.

4

5    Dated: May 8, 2007                  MINAMI TAMAKI LLP

6

7                             By         /s/

8                                Jack W. Lee
                                Attorneys for Plaintiffs

9                                ALBERT CREWS III, SANDRA HILL,
                                JEYAKUMAR NAGARATHINAM,

10                              CRAIG OLIVER

11   Dated: May 8, 2007                  MORGAN, LEWIS & BOCKIUS LLP

12

13                             By         /s/

14                                  Mona Badani
                                Attorneys for Defendant

15                              CISCO SYSTEMS, INC.

16

17

18                          **ORDER**

19        PURSUANT TO STIPULATION, IT IS SO ORDERED:

20

21    Dated: _____May 10_____, 2007

22                              Honorable Jeffrey S. White
                              U.S. District Court Judge

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-PA/3642814.1                    3                STIPULATION AND [PROPOSED] ORDER TO
EXTEND CMC & RELATED DEADLINES
CASE NO. C-07-0654 JSW