BRENDAN DOLAN, State Bar No.126732
MONA M. BADANI, State Bar No. 227389
MORGAN, LEWIS & BOCKIUS LLP
One Market
Spear Street Tower
San Francisco, CA 94105
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: bdolan@morganlewis.com

Attorneys for Defendant
CISCO SYSTEMS, INC.

JACK W. LEE, State Bar No. 71626
MINAMI TAMAKI, LLP
360 Post Street
8th Floor
San Francisco, CA 94108
Tel: 415.788.9000
Fax: 415.398.3887
E-Mail: jlee@MinamiTamaki.com

Attorney for Plaintiffs
ALBERT CREWS III, SANDRA HILL,
JEYAKUMAR NAGARATHINAM, CRAIG
OLIVER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALBERT CREWS III, SANDRA HILL, JEYAKUMAR NAGARATHINAM, CRAIG OLIVER, individuals, for themselves and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CISCO SYSTEMS, a corporation,<br><br>Defendant. | Case No. C-07-0654 JSW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT** |

Plaintiffs Albert Crews III, Sandra Hill, Jeyakumar Nagarathinam, and Craig Oliver ("Plaintiffs") and Defendant Cisco Systems, Inc. ("Defendant") (collectively, the "Parties"), by

and through their respective counsel of record, file this Stipulation to Extend Time for Defendant to Respond to Plaintiffs' First Amended Complaint ("Stipulation").

    1.    WHEREAS Defendant's response to Plaintiffs' First Amended Complaint is due on June 11, 2007;

    2.    WHEREAS, no previous extensions have been granted;

    3.    WHEREAS Plaintiffs' First Amended Complaint pleads complex class claims for race discrimination, and Defendant is still evaluating its response to Plaintiffs' First Amended Complaint;

    4.    WHEREAS the Parties' counsel are actively meeting and conferring pursuant to Rule 26(f);

    5.    WHEREAS Plaintiffs do not object to an extension of time until June 29, 2007 for Defendant to respond to Plaintiffs' First Amended Complaint;

    6.    WHEREAS, the June 29, 2007 filing date will result in a response to the First Amended Complaint being filed before the July 6, 2007 Case Management Conference.

IS THEREBY STIPULATED that Defendant shall have up to and including June 29, 2007 to file their responsive pleading to Plaintiffs' First Amended Complaint.

Dated: June 11, 2007        MINAMI TAMAKI LLP

By    /s/
Jack W. Lee
Attorneys for Plaintiffs
ALBERT CREWS III, SANDRA HILL, JEYAKUMAR NAGARATHINAM, CRAIG OLIVER

Dated: June 11, 2007        MORGAN, LEWIS & BOCKIUS LLP

By    /s/
Brendan Dolan
Attorneys for Defendant
CISCO SYSTEMS, INC.

## ORDER

PURSUANT TO STIPULATION, IT IS ORDERED that Defendant's response to the First Amended Complaint shall be due on **June 29, 2007**.

Dated: June 14, 2007

*/s/ Jeffrey S. White*
Honorable Jeffrey S. White
U.S. District Court Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7560672.1

3

STIPULATION AND ORDER TO EXTEND TIME
TO RESPOND TO FIRST AMENDED COMPLAINT
CASE NO. C-07-0654 JSW