| | |
|---|---|
| BRENDAN DOLAN, State Bar No.126732<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market<br>Spear Street Tower<br>San Francisco, CA 94105<br>Tel: 415.442.1000<br>Fax: 415.442.1001<br>E-mail: bdolan@morganlewis.com<br><br>RICHARD BLACK<br>MORGAN, LEWIS & BOCKIUS LLP<br>1111 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>Tel: 202.739.3000<br>Fax: 202.739.30001<br>E-mail: rblack@morganlewis.com<br>*Pro Hac Vice* application pending<br><br>MONA M. BADANI, State Bar No. 227389<br>MORGAN, LEWIS & BOCKIUS LLP<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 700<br>Palo Alto, CA 94306<br>Tel: 650.843.4000<br>Fax: 650.843.40001<br>E-mail: mbadani@morganlewis.com<br><br>Attorneys for Defendant<br>CISCO SYSTEMS, INC. | Jack W. Lee, State Bar No. 71626<br>MINAMI TAMAKI, LLP<br>360 Post Street<br>8th Floor<br>San Francisco, CA 94108<br>Tel: 415.788.9000<br>Fax: 415.398.3887<br>E-Mail: jlee@minamiTamaki.com<br><br>Attorney for Plaintiffs<br>ALBERT CREWS III, SANDRA HILL,<br>JEYAKUMAR NAGARATHINAM,<br>CRAIG OLIVER |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT CREWS III, SANDRA HILL, CRAIG OLIVER, for themselves and others similarly situated, and JEYAKUMAR NAGARATHINAM, as an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CISCO SYSTEMS, a corporation,<br><br>Defendants. | Case No. C07 0654 JSW<br><br>**STIPULATION OF THE PARTIES AND JOINT REQUEST TO THE COURT TO EXTEND THE DATE FOR FILING OF THE PARTIES JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |

Counsel for Plaintiffs, Albert Crews III, Sandra Hill, Jeyakumar Nagarathinam and Craig Oliver ("Plaintiffs"), and counsel for Defendant Cisco Systems, Inc. ("Defendant") jointly submit

1-SF/7570039.1  1  Case No. C07 0654 JSW

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION OF THE PARTIES AND JOINT REQUEST TO THE COURT TO EXTEND THE DATE
FOR FILING OF THE PARTIES JOINT CASE MANAGEMENT CONFERENCE STATEMENT

1 this stipulation and request to extend the date for filing of their Joint Case Management
2 Conference statement from June 29, 2007 to no later than July 3, 2007.
3       This Stipulation is entered and request made on the basis of the following facts and
4 circumstances:
5       1.    Plaintiffs First Amended Complaint pleads a class claim and one individual claim
6 for employment discrimination. The parties agree that for a variety of reasons, the case raises
7 numerous complex legal and procedural issues.
8       2.    Counsel for the parties have diligently met and conferred over the course of the
9 last month regarding ADR, and regarding issues related to case management. In just the past
10 week counsel for the parties have had more than two hours of telephonic meetings regarding these
11 subjects.
12       3.    Given the number and complexity of issues to be addressed in connection with
13 case management, the parties have a draft of but have not completed their joint case management
14 conference statement and estimate that they need up to an additional two working days, until July
15 3, 2007, to complete and file their joint case management conference statement. The parties
16 intend to have at least one more joint telephone conference to finalize the management
17 conference statement on or before July 3, 2007.
18       4.    Under these circumstances, the parties respectfully, jointly request that the court
19 Grant them until July 3, 2007 to file their joint case management conference statement. The
20 statement was to be done on June 29, 2007. The Case Management Conference is July 6, 2007.
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7570039.1       2       Case No. C07 0654 JSW

STIPULATION OF THE PARTIES AND JOINT REQUEST TO THE COURT TO EXTEND THE DATE
FOR FILING OF THE PARTIES JOINT CASE MANAGEMENT CONFERENCE STATEMENT

Case 3:07-cv-00654-JSW Document 22 Filed 06/29/2007 Page 2 of 3

Dated this 29th day of June, 2007

Respectfully submitted
MORGAN, LEWIS & BOCKIUS LLP

/s/ Brendan Dolan
Brendan Dolan
Mona Badani
Richard Black
Attorneys for Defendant
CISCO SYSTEMS, INC.

Dated this 29th day of June, 2007

MINAMI TAMAKI LLP

By /s/
Jack W. Lee
Attorneys for Plaintiffs
ALBERT CREWS III, SANDRA HILL, JEYAKUMAR NAGARATHINAM, CRAIG OLIVER

## ORDER

IT IS ORDERED that the parties shall have until July 3, 2007 to complete and file their joint case management conference statement.

DATED: July 2, 2007

Honorable Jeffrey S. White
UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7570039.1         3         Case No. C07 0654 JSW

STIPULATION OF THE PARTIES AND JOINT REQUEST TO THE COURT TO EXTEND THE DATE FOR FILING OF THE PARTIES JOINT CASE MANAGEMENT CONFERENCE STATEMENT