BRENDAN DOLAN, State Bar No.126732
MONA M. BADANI, State Bar No. 227389
MORGAN, LEWIS & BOCKIUS LLP
One Market
Spear Street Tower
San Francisco, CA 94105
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: bdolan@morganlewis.com

Attorneys for Defendant
CISCO SYSTEMS, INC.

Jack W. Lee, State Bar No. 71626
MINAMI TAMAKI, LLP
360 Post Street
8th Floor
San Francisco, CA 94108
Tel: 415.788.9000
Fax: 415.398.3887
E-Mail: jlee@minamiTamaki.com

Todd J. McNamara
McNAMARA & MARTINEZ LLP
1640 East 18th Avenue
Denver, CO 80218
Tel: 303.333.8700
Fax: 303.331.6967
E-Mail: tjm@mcmarlaw.com

*Admitted Pro Hac Vice*

Attorney for Plaintiffs
ALBERT CREWS III, SANDRA HILL, JEYAKUMAR NAGARATHINAM, CRAIG OLIVER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALBERT CREWS III, SANDRA HILL, JEYAKUMAR NAGARATHINAM, CRAIG OLIVER, individuals, for themselves and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CISCO SYSTEMS, a corporation,<br><br>Defendant. | Case No. C-07-0654 JSW<br><br>**[PROPOSED] ORDER PURSUANT TO THE STIPULATION OF THE PARTIES CONTINUING CASE MANAGEMENT CONFERENCE TO JANUARY 25, 2008** |

Pursuant to the Stipulation of the Parties, the Case Management Conference scheduled for January 18, 2008 is hereby continued to January 25, 2008.

Dated: __January 14_____, 2008

_____
Honorable Jeffrey S. White
U.S. District Court Judge