| | |
|---|---|
| BRENDAN DOLAN, State Bar No.126732<br>MONA M. BADANI, State Bar No. 227389<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market<br>Spear Street Tower<br>San Francisco, CA 94105<br>Tel: 415.442.1000<br>Fax: 415.442.1001<br>E-mail: bdolan@morganlewis.com<br><br>Attorneys for Defendant<br>CISCO SYSTEMS, INC. | Jack W. Lee, State Bar No. 71626<br>MINAMI TAMAKI, LLP<br>360 Post Street<br>8th Floor<br>San Francisco, CA 94108<br>Tel: 415.788.9000<br>Fax: 415.398.3887<br>E-Mail: jlee@minamiTamaki.com<br><br>Todd J. McNamara<br>McNAMARA & MARTINEZ LLP<br>1640 East 18th Avenue<br>Denver, CO 80218<br>Tel: 303.333.8700<br>Fax: 303.331.6967<br>E-Mail: tjm@mcmarlaw.com<br><br>*Admitted Pro Hac Vice*<br><br>Attorney for Plaintiffs<br>ALBERT CREWS III, SANDRA HILL, JEYAKUMAR NAGARATHINAM, CRAIG OLIVER |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ALBERT CREWS III, SANDRA HILL, JEYAKUMAR NAGARATHINAM, CRAIG OLIVER, individuals, for themselves and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CISCO SYSTEMS, a corporation,<br><br>Defendant. | Case No. C-07-0654 JSW<br><br>[~~PROPOSED~~] **ORDER PURSUANT TO THE STIPULATION OF THE PARTIES CONTINUING CASE MANAGEMENT CONFERENCE TO FEBRUARY 1, 2008** |

Pursuant to the Stipulation of the Parties, the Case Management Conference scheduled for January 18, 2008 is hereby continued to February 1, 2008.

Dated: January 22, 2008

*/s/ Jeffrey S. White*
Honorable Jeffrey S. White
U.S. District Court Judge