1  BRENDAN DOLAN, State Bar No.126732   Jack W. Lee, State Bar No. 71626
   MONA M. BADANI, State Bar No. 227389  MINAMI TAMAKI, LLP
2  MORGAN, LEWIS & BOCKIUS LLP          360 Post Street
   One Market                            8th Floor
3  Spear Street Tower                    San Francisco, CA 94108
   San Francisco, CA 94105               Tel: 415.788.9000
4  Tel: 415.442.1000                     Fax: 415.398.3887
   Fax: 415.442.1001                     E-Mail: jlee@minamiTamaki.com
5  E-mail: bdolan@morganlewis.com

6  Attorneys for Defendant                Todd J. McNamara
   CISCO SYSTEMS, INC.                    McNAMARA, ROSEMAN,
7                                         MARTINEZ & KAZMIERSKI LLP
                                          1640 East 18th Avenue
8                                         Denver, CO 80218
                                          Tel: 303.333.8700
9                                         Fax: 303.331.6967
                                          E-Mail: tjm@mcmarlaw.com

   *Admitted Pro Hac Vice*

   Attorney for Plaintiffs
   ALBERT CREWS III, SANDRA
   HILL, JEYAKUMAR
   NAGARATHINAM, CRAIG OLIVER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALBERT CREWS III, SANDRA HILL, JEYAKUMAR NAGARATHINAM, CRAIG OLIVER, individuals, for themselves and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CISCO SYSTEMS, a corporation,<br><br>Defendant. | Case No. C-07-0654 JSW<br><br>**[PROPOSED] ORDER TEMPORARILY SEALING DOCUMENTS RELATING TO SETTLEMENT** |

Based on the Amended Administrative Motion of the parties, **IT IS HEREBY ORDERED**

that the documents ~~filed~~ lodged on March 3, 2008, ~~or orders issued in the above referenced matter to~~

~~effectuate the issues addressed in the March 3, 2008 pleadings~~ shall be temporarily filed and maintained by the Court under seal until otherwise ordered by the Court.

Dated: ___March 6___ 2008

_____
Jeffrey S. White
United States District Judge

**Additional Counsel Information**

Mark Dichter
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Tel: 215.963.5000
Fax: 215.963.5001
Admitted *Pro Hac Vice*

L. Julius M. Turman
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: 415.442.1000
Fax: 415.442.1001
Attorneys for Defendant