Brendan Dolan, State Bar No.126732
Mona M. Badani, State Bar No. 227389
MORGAN, LEWIS & BOCKIUS LLP
One Market
Spear Street Tower
San Francisco, CA 94105
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: bdolan@morganlewis.com

Attorneys for Defendant
CISCO SYSTEMS, INC.

Jack W. Lee, State Bar No. 71626
MINAMI TAMAKI, LLP
360 Post Street
8th Floor
San Francisco, CA 94108
Tel: 415.788.9000
Fax: 415.398.3887
E-Mail: jlee@minamiTamaki.com

Todd J. McNamara
McNAMARA, ROSEMAN,
MARTINEZ & KAZMIERSKI LLP
1640 East 18th Avenue
Denver, CO 80218
Tel: 303.333.8700
Fax: 303.331.6967
E-Mail: tjm@mcmarlaw.com

*Admitted Pro Hac Vice*

Attorney for Plaintiffs
ALBERT CREWS III, SANDRA
HILL, JEYAKUMAR
NAGARATHINAM, CRAIG OLIVER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALBERT CREWS III, SANDRA HILL, JEYAKUMAR NAGARATHINAM, CRAIG OLIVER, individuals, for themselves and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CISCO SYSTEMS, a corporation,<br><br>Defendant. | Case No. C-07-0654 JSW<br><br>**[PROPOSED] ORDER PURSUANT TO THE STIPULATION OF THE PARTIES CONTINUING CASE MANAGEMENT** |

Pursuant to the Stipulation of the Parties, the Case Management Conference scheduled for March 7, 2008 is hereby vacated, subject to resetting if the Court believes necessary. CONTINUED to April 11, 2008 at 1:30 p.m.

Dated: March 6, 2008 , 2008

_____
Honorable Jeffrey S. White
U.S. District Court Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO