| | |
|---|---|
| BRENDAN DOLAN, State Bar No.126732<br>L. JULIUS TURMAN, State Bar No. 226126<br>MONA M. BADANI, State Bar No. 227389<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Tel: 415.442.1000<br>Fax: 415.442.1001<br><br>Attorneys for Defendant<br>CISCO SYSTEMS, INC. | Todd J. McNamara<br>McNAMARA & MARTINEZ LLP<br>1640 East 18th Avenue<br>Denver, CO 80218<br>Tel: 303.333.8700<br>Fax: 303.331.6967<br>Admitted *Pro Hac Vice*<br><br>Jack W. Lee, State Bar No. 71626<br>MINAMI TAMAKI LLP<br>360 Post Street, 8th Floor<br>San Francisco, CA 94108<br>Tel: 415.788.9000<br>Fax: 415.398.3887<br><br>Attorneys for Plaintiffs<br>ALBERT CREWS III, SANDRA HILL,<br>JEYAKUMAR NAGARATHINAM,<br>CRAIG OLIVER |

*Additional Counsel listed at end of document*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALBERT CREWS III, SANDRA HILL,<br>JEYAKUMAR NAGARATHINAM,<br>CRAIG OLIVER, individuals, for<br>themselves and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CISCO SYSTEMS, a corporation,<br><br>Defendant. | Case No. C-07-0654 JSW<br><br>**[PROPOSED]** ORDER GRANTING JOINT ADMINISTRATIVE MOTION FOR TEMPORARY SEALING OF ADDITIONAL DOCUMENTS RELATED TO SETTLEMENT |

The Joint Administrative Motion for the Temporary Sealing of Additional Documents Relating to Settlement is hereby **GRANTED**. The document manually lodged with the Clerk of the Court on March 7, 2008 entitled "Additional Settlement Agreement Signatures" **IS HEREBY ORDERED** filed temporarily under seal until further order of the Court.

DATED: April 2, 2008

_____
United States District Judge Jeffrey White

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7675356.1

[PROPOSED] ORDER
CASE NO. C-07-0654 JSW