IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALBERT CREWS III,

    Plaintiff,

    v.

CISCO SYSTEMS,

    Defendant.

No. C 07-00654 JSW

**ORDER RE (1) CONTINUING CASE MANAGEMENT CONFERENCE AND (2) LIFTING TEMPORARY SEAL**

The Court HEREBY CONTINUES the Case Management Conference from April 11, 2008 to May 16, 2008 at 1:30 p.m. The Court FURTHER ORDERS that the temporary sealing of documents is LIFTED.

**IT IS SO ORDERED.**

Dated: April 10, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE