| | |
|---|---|
| BRENDAN DOLAN, State Bar No.126732<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Tel: 415.442.1000<br>Fax: 415.442.1001<br><br>Attorneys for Defendant<br>CISCO SYSTEMS, INC. | Todd J. McNamara<br>McNAMARA, ROSEMAN MARTINEZ &<br>  KAZMIERSKI LLP<br>1640 East 18th Avenue<br>Denver, CO 80218<br>Tel: 303.333.8700<br>Fax: 303.331.6967<br>Admitted *Pro Hac Vice*<br><br>Attorneys for Plaintiffs<br>ALBERT CREWS III, SANDRA HILL,<br>JEYAKUMAR NAGARATHINAM,<br>CRAIG OLIVER<br><br>*Additional Counsel listed at end of document* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALBERT CREWS III, SANDRA HILL,<br>JEYAKUMAR NAGARATHINAM,<br>CRAIG OLIVER, individuals, for<br>themselves and others similarly situated,<br><br>           Plaintiff,<br>vs.<br><br>CISCO SYSTEMS, a corporation,<br><br>           Defendant. | Case No. C-07-0654 JSW<br><br>[PROPOSED] ORDER OF DISMISSAL |

Pursuant to the stipulation of the Parties, the above-entitled action is **ORDERED** dismissed with prejudice.

DATED: __April 14, 2008__           _____
                                    Honorable Judge Jeffrey White
                                    United States District Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7676311.1                            [PROPOSED] ORDER OF DISMISSAL
                                          CASE NO. C-07-0654 JSW